Sears Home Improvement Products
P.O. Box _____  Longwood, FL 32752-____
M____ / License # 41829-05

**SEARS**
HOME IMPROVEMENT PRODUCTS

**Replacement Windows**

Home improvement contractors and subcontractors must be licensed by the Home Improvement Commission. If you have any questions contact the State Home Improvement Commission at 410-333-6309

Location: _____
Phone #: _____
Name: _____
Address: 103 15th St NE

Job No.: _____
Phone: Res. _____ Bus. _____
City: Washington  St: DC  Zip: _____

I/We, the owners of the premises described below, hereinafter referred to as "Purchaser" offer to contract with Sears Home Improvement Products hereinafter referred to as "Contractor", to furnish, deliver, and arrange for installation of all materials necessary to improve the premises located at:

_____ Same _____
(Street) (City) (State) (Zip)

According to the following specifications:
1. Remove existing units to be replaced. (NOTE: Removed units are likely to be damaged.)
2. Prepare openings as necessary to receive replacement units.
(No finish work other than normal installation is to be done unless otherwise noted below.)
3. Install Sears _____ Windows in openings described below to the following specifications:

Color: ☒ White ☐ Beige ☐ White/Light Woodgrain ☐ White/Dark Woodgrain

Type: ☒ DH ☐ SH ☐ 2-LR ☐ 3-LR ☐ PW ☐ Other _____ ☐ Other _____
Qty ___ Qty___ Qty___ Qty___ Qty___ Qty___ Qty___

☐ Other _____ ☐ Other _____
Qty___ Qty___

Glass: ☐ Clear ☐ Bronze ☐ OBS ½
☒ Low E²/Argon ☐ Gray ☐ OBS Full
☐ Keepsafe

Screens: CHECK IF OTHER THAN FIBERGLASS:
(On Sashes Only) ☐ Alum
☐ Solar

NOTE: Tempered glass will be installed to meet building codes.

Grids:

| | Bevel | Col Sculp | Col Flat | Diamond |
|---|---|---|---|---|
| Clear | | | | |
| White | | | | |
| Tan | | | | |
| Wd Grain | | | | |
| Brass | | | | |

Top ☐
Full ☐
Bottom ☐

Warranty: Manufacturer's Warranty sent upon completion.
4. Existing units NOT to be replaced: All units to be replaced have blue dots
5. Special instructions: Please work for window #2 bedroom (?)
    work to be done as soon as possible
6. Clean up job related debris and provide necessary permits and insurance.
7. Work to commence within 4/6 week(s) from date of this contract and to be fully completed within ___ week(s) from date of this contract.
8. In the event of Buyer's failure to accept delivery of goods or performance of services covered herein, the Contractor shall be entitled to and Buyer agrees to pay forthwith, failure damages in an amount equal to the cost already incurred, if any.

NOTE: THE WARRANTY PROVISIONS AS STATED ON THE REVERSE HAVE BEEN EXPLAINED AND I/WE UNDERSTAND THEM FULLY
ADDITIONAL PROVISIONS AND WARRANTIES ARE STATED ON THE REVERSE SIDE AND ARE A PART OF THIS CONTRACT.

Please read the following bold type and initial corresponding line.
Verbal understandings and agreements with representative shall not be binding. All understandings and agreements must be set forth in writing in this contract. Due to climatic conditions, interior condensation may occur.  Purchaser Initials: _____

The TOTAL PRICE for all Labor & Materials (including any applicable discount) is  $ 5765 .00
Down Payment  $ 0 .00
Balance Payable $ 5765 .00

Contract Price  $ 5765
State Sales Tax (___%) $ 0
(If applicable)
Total Contract Price  $ 5765

Terms: Credit ☒ (Subject to the approval of the Credit Department)
Cash ☐ (Final Payment payable to installer upon completion) Funded by:
Bank _____
City _____ St. _____
Acct # _____

10% Preferred Customer Discount (PCD) awarded for any future Sears Home Improvement Products purchases. Current pricing available for one (1) year.

If this is a credit transaction, the agreement for credit is contained in a separate document which is incorporated herein by reference and made a part hereof. I/We the undersigned are hereby authorizing Sears Home Improvement Products to verify and review my/our credit record with an independent credit reporting agency and release them from all liability incurred from inadvertent omissions or errors.

IN WITNESS WHEREOF Purchaser(s) have hereunto signed their name(s) this 1/12th day of Jan 20 05 and acknowledge receipt of a true copy of this Contract and unless otherwise specified, it is understood that the owner is ready for _____
Signature affixed below acts as receipt that Purchaser(s) received separate cancellation forms.

THIS MESSAGE APPLIES TO DOOR-TO-DOOR SALES ONLY: You the Purchaser(s) may cancel this transaction any time prior to midnight of the third day after the date of this transaction. See accompanying notice of cancellation form for an explanation of this right.

**EXHIBIT A, PAGE 1**

FILED
OCT 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SIGN
SUBMITTED BY: Representative _____ Date 1/12/05
ACCEPTED BY: Authorized Signature for Sears Home Improvement Products  Date

SIGN
Purchaser X _____
Purchaser _____ Date

Home Improvement Product
♦ Longwood, FL 32752-____
___ License # 41829-05

**SEARS**
HOME IMPROVEMENT PRODUCTS

Replacement Windows

Home Improvement contractors and subcontractors must be licensed by the Home Improvement Commission. If you have any questions contact the State Home Improvement Commission at 410-333-6309

Phone #: _____  Job No.: _____

Name: _____  Phone: Res.: _____  Bus.: _____

Address: 103 15th St NE  City: _____  St.: __  Zip: _____

I/We, the owners of the premises described below, hereinafter referred to as "Purchaser" offer to contract with Sears Home Improvement Products hereinafter referred to as "Contractor", to furnish, deliver, and arrange for installation of all materials necessary to improve the premises located at:

Same
_____
(Street)                (City)                (State)          (Zip)

According to the following specifications:
1. Remove existing units to be replaced. (NOTE: Removed units are likely to be damaged.)
2. Prepare openings as necessary to receive replacement units.
(No finish work other than normal installation is to be done unless otherwise noted below.)
3. Install Sears _____ Windows in openings described below to the following specifications:

Color: ☒ White  ☐ Beige  ☐ White/Light Woodgrain  ☐ White/Dark Woodgrain

Type: ☒ DH  ☐ SH  ☐ 2-LR  ☐ 3-LR  ☐ PW  ☐ Other  ☐ Other
Qty: 6  Qty__  Qty__  Qty__  Qty__  Qty__  Qty__

☐ Other  Qty__  ☐ Other  Qty__

Glass: ☐ Clear  ☐ Bronze  ☐ OBS ½
       ☒ Low E/Argon  ☐ Gray  ☐ OBS Full
                                ☐ Keepsafe

Screens: CHECK IF OTHER THAN FIBERGLASS:
(On Sashes Only)  ☐ Alum  ☐ Solar

NOTE: Tempered glass will be installed to meet building codes.

Grids:

|  | Bevel | Col Sculp | Col Flat | Diamond |
|---|---|---|---|---|
| Clear |  |  |  |  |
| White |  |  |  |  |
| Tan |  |  |  |  |
| Wd Grain |  |  |  |  |
| Brass |  |  |  |  |

Top ☐  Full ☐  Bottom ☐

Warranty: Manufacturer's Warranty sent upon completion.

4. Existing units NOT to be replaced: All units to be replaced have _____  [X]

5. Special instructions: Frame work for window #2 Bedroom #3) _____
   work to be done as soon as possible

6. Clean up job related debris and provide necessary permits and insurance.
7. Work to commence within 4 to 6 week(s) from date of this contract and to be fully completed within ___ week(s) from date of this contract.
8. In the event of Buyer's failure to accept delivery of goods or performance of services covered herein, the Contractor shall be entitled to and Buyer agrees to pay forthwith, failure damages in an amount equal to the cost already incurred, if any.

NOTE: THE WARRANTY PROVISIONS AS STATED ON THE REVERSE HAVE BEEN EXPLAINED AND I/WE UNDERSTAND THEM FULLY ADDITIONAL PROVISIONS AND WARRANTIES ARE STATED ON THE REVERSE SIDE AND ARE A PART OF THIS CONTRACT. [X]

Please read the following bold type and initial corresponding line.
**Verbal understandings and agreements with representative shall not be binding. All understandings and agreements must be set forth in writing in this contract. Due to climatic conditions, interior condensation may occur.**  Purchaser Initials: [X]

The TOTAL PRICE for all Labor & Materials (including any applicable discount) is $ 5765 .00
Down Payment $ 0 .00
Balance Payable $ 5765 .00

Contract Price         $ 5765
State Sales Tax (__%)$ 0
(If applicable)
Total Contract Price   $ 5765

Terms: Credit ☒ (Subject to the approval of the Credit Department)
       Cash   ☐ (Final Payment payable to installer upon completion) Funded by:  Bank _____
                                                                                 City _____ St. ___
                                                                                 Acct # _____

10% Preferred Customer Discount (PCD) awarded for any future Sears Home Improvement Products purchases. Current pricing available for one (1) year.
If this is a credit transaction, the agreement for credit is contained in a separate document which is incorporated herein by reference and made a part hereof. I/We the undersigned are hereby authorizing Sears Home Improvement Products to verify and review my/our credit record with an independent credit reporting agency and release them from all liability incurred from inadvertent omissions or errors.

IN WITNESS WHEREOF Purchaser(s) have hereunto signed their name(s) this ___ day of Jan, 20 05 and acknowledge receipt of a true copy of this Contract and unless otherwise specified, it is understood that the owner is ready for work to begin.

**THIS MESSAGE APPLIES TO DOOR-TO-DOOR SALES ONLY: You the Purchaser(s) may cancel this transaction any time prior to midnight of the third day after the date of this transaction. See accompanying notice of cancellation form for an explanation of this right.**

EXHIBIT A, PAGE 2

SUBMITTED BY: Representative _____ Date 1/10/05
ACCEPTED BY: Authorized Signature for Sears Home Improvement Products  Date

Purchaser X _____ Date 1/10/05
Purchaser _____ Date

# NOTICE OF CANCELLATION

ENTER DATE OF TRANSACTION __1/12/05__   JOB # __4336077__

BUYER'S (S')
NAME(S) __Ms Lena S Gee__   SALESPERSON __Julie Stephens__

ADDRESS __102 15th St NE__   __Washington__   __DC__   __20002__
STREET   CITY   STATE   ZIP

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION, WITHIN THREE (3) BUSINESS DAYS (FIVE (5) BUSINESS DAYS IN ALASKA, FIFTEEN (15) BUSINESS DAYS IN NORTH DAKOTA IF YOU ARE 65 OR OLDER) FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE CONTRACT OR SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN (10) BUSINESS DAYS FOLLOWING RECEIPT BY THE SELLER OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO THE SELLER AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE, OR YOU MAY IF YOU WISH, COMPLY WITH THE INSTRUCTIONS OF THE SELLER REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE SELLER'S EXPENSE AND RISK.

IF YOU DO MAKE THE GOODS AVAILABLE TO SELLER AND THE SELLER DOES NOT PICK THEM UP WITHIN TWENTY (20) DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION. IF YOU FAIL TO MAKE THE GOODS AVAILABLE TO THE SELLER, OR IF YOU AGREE TO RETURN THE GOODS TO THE SELLER AND FAIL TO DO SO, THEN YOU REMAIN LIABLE FOR PERFORMANCE OF ALL OBLIGATIONS UNDER THE CONTRACT.

TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, OR SEND A TELEGRAM, TO:

SEARS SIDING & WINDOWS, INC.
1024 FLORIDA CENTRAL PARKWAY
LONGWOOD, FL 32750

NOT LATER THAN MIDNIGHT OF __JAN 15TH__, __2005__
DATE

I HEREBY CANCEL THIS TRANSACTION,

_____   _____
DATE   BUYER'S SIGNATURE

_____   _____
DATE   BUYER'S SIGNATURE

## BUYER'S (S') ACKNOWLEDGEMENT

I/WE HEREBY ACKNOWLEDGE RECEIPT OF TWO (2) COMPLETE COPIES OF THIS NOTICE OF CANCELLATION AND THAT THE SELLER HAS ORALLY INFORMED ME/US OF THE RIGHT TO CANCEL.

__1/12/05__   __Lena Gee__
DATE   BUYER'S SIGNATURE

_____   _____
DATE   BUYER'S SIGNATURE

# EXHIBIT A, PAGE 3

Project Coordinator: __Steve Morrison__   P/C # __703 339 4667__

C4 - Rev. 06/00

**Provide This Copy To Customer**
**Finance Charges and Other Charges**

The following terms apply to all purchases on your account ("Account"). You will receive a complete Sears Home Improvement Account Agreement ("Agreement") with your credit card(s). See reverse for important information and keep this with your records.

In the following: the words "you" and "your" mean any person named on the credit application or acceptance certificate as an accountholder, applicant, or co-applicant, and any Authorized User; and the words "we", "us" and "our" mean Citibank USA, N.A. or any subsequent holder of your Account or any balances arising under your Account.

**FINANCE CHARGES**

Your Account Statement will describe Account activity during a Billing Cycle, which is a period of about one-month, ending on the Billing Cycle Closing Date ("Billing Date"). The Account Statement will show a Minimum Payment Due with a Minimum Payment Due Date and will have a grace period of not less than 25 days between the Billing Cycle Closing Date and the Minimum Payment Due Date. Periodic rate FINANCE CHARGES accrue on purchases from the date they are included in the daily balance until paid. You may avoid periodic rate FINANCE CHARGES by paying, by the Minimum Payment Due Date, the Total Account Balance less any amounts included in the Total Account Balance for No Finance Charge Balances (0% APR) that expire after the Minimum Payment Due Date for that billing cycle.

When FINANCE CHARGES are imposed, we calculate the periodic rate FINANCE CHARGES separately for purchases subject to the standard terms of the Agreement ("Regular Purchases") and for different promotional purchases. The periodic rate FINANCE CHARGE for transactions subject to these terms will also be calculated separately. When a FINANCE CHARGE is imposed, the periodic rate FINANCE CHARGE is imposed for each purchase or transaction type on the Account by (i) taking each daily balance, (ii) multiplying that daily balance by the applicable daily periodic rate, and (iii) adding together the resulting amounts for each day in the Billing Cycle. The total periodic rate FINANCE CHARGE for the Billing Cycle is the sum of the periodic rate FINANCE CHARGES for each purchase type, rounded to the next highest cent. You may calculate the periodic FINANCE CHARGE (except for minor variations due to rounding) by (i) taking the Average Daily Balance for each purchase or transaction type, and (ii) multiply that Average Daily Balance by the applicable periodic rate, and (iii) multiply that amount by the number of days in the Billing Cycle. There is a minimum FINANCE CHARGE of $1.00 on the Account for any Billing Cycle in which a FINANCE CHARGE is due. To determine the daily balance for each type of purchase on the Account, we take the beginning balance for the type of purchase each day, add any new purchases of that type and any unpaid FINANCE CHARGES accrued from the previous day on that type of purchase, and deduct payments and credits posted as of that day to that type of purchase and make other adjustments. A credit balance is treated as a balance of zero. Purchases are included in the daily balance from the later of the transaction date or the first day of the Billing Cycle in which they are posted to the Account. Insurance charges, AccountCare fees, late payment fees, returned payment fees, and all other fees are included in the daily balance of Regular Purchases on the date they are posted to the Account.

The information is accurate as of October 1, 2004 but may have changed after that date. To find out what may have changed, write to National Account Authorization Center, 13200 Smith Rd., Middleburg Heights, OH 44130-7802. To determine the current U.S. Prime Rate, check the "Money Rates" section of *The Wall Street Journal* for the first business day of the month or call 1-800-366-3817. The daily periodic rate and corresponding ANNUAL PERCENTAGE RATE may vary from month to month. The ANNUAL PERCENTAGE RATE will be determined by adding 13.40% to the U.S. Prime Rate as published in the "Money Rate" section of *The Wall Street Journal* on the first business day of each month. This rate will be applied in all billing cycles with a Billing Date in the following calendar month. The daily periodic rate Finance Charge will be determined by multiplying the ending balance of the day by the daily periodic rate. The daily variable periodic rate Finance Charge will be equal to 1/365th of the ANNUAL PERCENTAGE RATE. However, the ANNUAL PERCENTAGE RATE for Regular purchases will never be less than 18.40% (daily periodic rate of 0.0505%). As of October 1, 2004, Prime was 4.75%. Adding 13.40% to that Prime Rate for Regular purchases results in an ANNUAL PERCENTAGE RATE of 18.15% (daily periodic rate of 0.0498%). However, as explained above, the ANNUAL PERCENTAGE RATE will never be less than 18.40%. If you fail to pay the Minimum Payment Due by the Minimum Payment Due Date for two consecutive Billing Cycles, the terms of any No Finance Charge Balances and/or Deferred Payment Balances may be canceled and all balances subject to a higher ANNUAL PERCENTAGE RATE that may vary from month to month, beginning with the billing cycle after the billing cycle in which we do not receive the second Minimum Payment Due by such time and in such manner. This ANNUAL PERCENTAGE RATE will be determined by adding 16.40% to the Prime Rate. As of October 1, 2004, the Prime Rate was 4.75%. Adding 16.40% to that U.S. Prime rate results in an ANNUAL PERCENTAGE RATE of 21.15% (daily periodic rate of 0.0580%), for all billing cycles with a Billing Date in November 2004. This rate will continue to be applied until we have received, by the time and in the manner specified in your Agreement in order to be credited as of the Minimum Payment Due Date, the Minimum Payment Due for six consecutive Billing Cycles. At that time, we may reduce the daily periodic rate to the rate then in effect for purchases beginning with the following billing cycle.

**OTHER FEES**

If you fail to pay any Minimum Payment Due by its Minimum Payment Due Date, we may charge, and you agree to pay, a late payment fee of $10.00 for balances under $50; $25 for balances $50 to $999.99; $35.00 for balances of $1,000 or more. Also, if you make a payment, including an electronic payment, that is not honored or is returned unpaid for any reason, we may charge, and you agree to pay, a returned payment fee of $25.00. At our option, we may assess this charge the first time your payment is not honored or returned, even if it is paid upon resubmission.

---

**YOUR BILLING RIGHTS — KEEP THIS NOTICE FOR FUTURE USE**

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**NOTIFY US IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL.**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address listed on your bill where it says, "Mail billing error notice to." Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.

**YOUR RIGHTS AND OUR RESPONSIBILITIES AFTER WE RECEIVE YOUR WRITTEN NOTICE**

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct. After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

**SPECIAL RULE FOR CREDIT CARD PURCHASES**

If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services.

There are two limitations on this right:

(a) You must have made the purchase in your home state or, if not within your home state within 100 miles of your current mailing address; and

(b) The purchase price must have been more than $50.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

---

INSTALLER/STORE ASSOCIATE AND CUSTOMER: PLEASE INITIAL THE ANNUAL PERCENTAGE RATE INFORMATION COMMUNICATED TO YOU WHEN THIS APPLICATION IS CALLED IN FOR APPROVAL PROCESSING.

**18.40%†** (Prime* + 13.40%) as of 10/01/04 — INITIALS_____

† This account has a minimum APR of 18.40%, even though the Prime plus the spread in effect at this time may make the rate less than 18.40%.

**EXHIBIT A, PAGE 4**

## Terms and Conditions of Offer

- You must be at least 18 years of age. If you are married, you may apply for a separate account. Citibank USA, N.A. is the issuer of the Sears Home Improvement Account.

- Federal law requires us to obtain, verify, and record information that identifies each person who opens an account, in order to help the government fight the funding of terrorism and money laundering activities. To process an application, we must have your name, street address, date of birth, and other identifying information, and we may ask for identifying documents from you as well.

- The Agreement provides that, with limited exceptions, all disputes are subject to binding arbitration. Arbitration replaces the right to go to court, including the right to a jury and the right to participate in a class action or similar proceeding.

- You authorize Citibank to gather information about you and to investigate your credit, bank, employment, and income records, and to verify your credit references for purposes of considering your application for the account and, subsequently, in connection with any updates, renewals or future extensions of credit or reviewing or collecting your account. If you ask us, we will tell you whether or not we requested a credit bureau report and the names and addresses of any credit bureaus that provided us with such reports.

**EXHIBIT A, PAGE 5**

16117  Rev. 10/04  CI

| LICENSEE NO. | DIV. | SALES NO. | E C (Mo) | (Yr) | OWNER NUMBER |
|---|---|---|---|---|---|
| 2682762 | | | | | |

| | | | DELAY BILL DATE MONTH DAY | CO | DEF. PMT. MONTH |
|---|---|---|---|---|---|
| | | | 11/1/ | | 11/2/ |

APPROVAL: 85

ACCOUNT NUMBER: 5049 9401 5763 2802
NAME (PRINT): MS LENA C GEE
STREET ADDRESS: 102 15th ST NE
PRIMARY PHONE: (301) 487-1129
CITY: STATE ZIP CODE
SECONDARY PHONE: (301) 5783-1-1251

DELIVERY DATE: MO. DAY

THIS IS PART ___
OF A ___
PART ORDER

### Method of Payment
- [x] Sears Home Improvement Account
- [ ] Sears Card
- [ ] SearsCharge Plus
- [ ] AmEx
- [ ] V/MC
- [ ] Cash/Check

X _Lena Gee_
(Customer's Signature)

I acknowledge receipt of merchandise and/or services in the total amount shown hereon and agree that this credit purchase is subject to my Agreement with the credit card issuer identified hereon. If this is a credit purchase under my Sears Credit Account Agreement, then I grant Sears National Bank a security interest in the merchandise described hereon, unless prohibited by law, until paid in full.

Thank you for Shopping at Sears

| QTY. | STOCK NO./ MISC. ACCT. | DESCRIPTION | REGULAR PRICE | SELLING REDUCTION | SELLING PRICE |
|---|---|---|---|---|---|
| 6 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SPECIAL INSTRUCTIONS

SALES TAX ►
DEPOSIT ►
BALANCE ► 5765.00

16082 Rev 6/00
Sears Forms Management                    7. CUSTOMER

**EXHIBIT A, PAGE 6**

# CONTRACT CHANGE AUTHORIZATION


**SEARS**
HOME IMPROVEMENT PRODUCTS

Owner's Name: Mrs Long Gee
Street: 102 15th St NE
City: Washington   State: DC
Job. No.: 4236077
Date: 1/17/05
Phone: 2025434254

**Contract Additions/Reductions Specifications:**

Mrs Gee wants two DH windows instead one DH in bedroom window #2

window #2 now is 24x63 and window #7 24x63

Mrs Gee also has a coupon for $500.00  1/17/05
she was given a coupon for $325.00  1/12/05

This is an addition and approval Code 47 for $593.00

Additional Contract Charge: $ 593.00    Reduction in Contract Charge: $ _____

Payment will be made as follows: COC ☐  Rapid Credit ☐  Visa ☐  M/C ☐  Other: _____
Customer Account Number: 5049 9401 5763 2802 code 95    Expiration Date: _____

I hereby authorize and assume responsibility for the following additions/reductions from the original plans and specifications of my original contract.
SIGNATURE:
The above work to be performed under the same conditions as specified in the original contract unless otherwise stipulated.
Approved and Accepted:
Date: 1/17/05   Authorizing Signature: _____ Gee
                                        Owner

We hereby agree to furnish labor and materials - complete in accordance with the above specifications, at the above price.

Authorizing Signature: _____    Date: _____
                Sales Manager

**EXHIBIT A, PAGE 7**

Authorizing Signature: _____    Date: _____
                Project Coordinator
This is Change Order Number: _____
Note: This Revision becomes part of, and in conformance with, the existing contract.

3/22/05

To whom it may concern,

I have come to a reasonable decision that i'm not going to send out anymore payments on this bill until the pending investigation of dispute about these windows that were put in my home on 01/12/05. I have been calling sears about my windows and still nothing has been done. I will pick up the payments on my bill when my windows are completed.

Thank you,
Lena Gee

*Lena Gee*

**EXHIBIT B, PAGE 1**

05 2014
FILED
OCT 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT