UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Lena Gee
    Plaintiff

v.   1:05 - cv - 02014-EGS

Sears Home Improvement Products, Inc.
    Defendant

**PRAECIPE FOR ENTRY OF DEFAULT**

TO THE CLERK OF COURT:

    Kindly docket an entry of default against Defendant Sears Home Improvement Products, Inc., whose registered agent, CT Corporation, 1015 15th Street, N.W., Suite 1000, Washington DC 20005, was served with a copy of the summons and complaint on November 1st 2005, see Exhibit A, and who has not yet filed an answer or other response to the plaintiffs complaint.

    Respectfully submitted,

    Willcox & Hager

    BY: /s/
    Thomas C. Willcox, Esq.   #445135
    1020 19TH Street, N.W., Suite 400
    Washington, DC   20036
    202 223-0090
    Counsel for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that I placed a copy of the foregoing Praecipe for Entry of Default in the US Mail, first class postage prepaid, addressed to:

Sears Home Improvement Products, Inc.
C/O CT Corporation
1015 15th Street, N.W., Ste 1000
Washington, DC   20005

Today,

January 16th 2006

/s/
_____
Thomas C. Willcox