Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

LENA GEE

    Plaintiff(s)

    V.

Civil Action No. 05-2014 (EGS)

SEARS HOME IMPROVEMENT PRODUCTS, INC.

    Defendant(s)

RE: Sears Home Improvement Products, Inc.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 1, 2004, and an affidavit on behalf of the plaintiff having been filed, it is this 17th day of January, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: Nicole Wilkens
Deputy Clerk