## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA GEE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2014 (EGS) |
| ) | |
| SEARS HOME IMPROVEMENT ) | |
| PRODUCTS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**O R D E R**

It is this **2nd day of February 2006**, hereby

**ORDERED** that in view of the entry of a default by the Clerk of the Court on **January 17, 2006**, this case is REMOVED from the active calendar of the Court without prejudice to further proceedings as may be appropriate by plaintiff to obtain judgment against the defendant.

**Signed:**  **Emmet G. Sullivan**
     **United States District Judge**
     **February 2, 2006**