## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LENA GEE,                                             )
       Plaintiff,                                 )
vs.                                                        )
                                                          )
SEARS HOME IMPROVEMENT, et al.,     )   Civil Action No.: 1:05CV02014 (EGS)
                                                          )
       Defendants.                             )
                                                          )

### MOTION OF SEARS, ROEBUCK AND COMPANY TO SETASIDE DEFAULT

COMES NOW the Defendant, Sears, Roebuck and Co., by and through counsel, and moves pursuant to Fed. R. Civ. P. 55(c) to set aside the default entered here.

The entry of default against Sears Home Improvement Products, Inc., defendant in this action was due to mistake, inadvertence, surprise, or excusable neglect in that the undersigned counsel suffered a major stroke and has been confined to the Washington Nursing Facility for last three months. On November 21, 2005, my office spoke by telephone with Mr. Willcox, counsel for plaintiff. During that conversation Mr. Willcox was asked for an extension of time to plead on behalf of my client until thirty days after we actually received the complaint. Mr. Willcox agreed to the extension of time. The undersigned at the time believed he would be released from treatment within that time, medical necessity prevented recovery and timely filing. The undersigned currently is of the belief that he will be cleared to return to work by the end of March 2006.

Dated this 24th day of February, 2006

By: _/s/ Iverson O. Mitchell_ by /s/
Iverson O. Mitchell, III
DC Bar No. 140079

SPEIGHTS AND MITCHELL
2600 Virginia Avenue, N.W.
Suite 105
Washington, D.C. 20037-1916

(202) 872-8100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION was mailed, postage prepaid, this 24th day of February, 2006, to

Thomas C Willcox, Esquire
1424 16th Street NW
Suite 502
Washington, DC 20036
(202) 232-3313
(202) 424-2420 (fax)
tcw19@columbia.edu

_/s/ Iverson O. Mitchell_ by /s/
Iverson O. Mitchell, III

## SPEIGHTS AND MITCHELL

ATTORNEYS AND COUNSELORS AT LAW

SUITE 105

2600 VIRGINIA AVENUE, NORTHWEST

WASHINGTON, D.C. 20037-1016

(202) 872-8100

FAX: (202) 337-9026

FACSIMILE TRANSMITTAL SHEET

Date:   Monday, November 21, 2005                                    Time:

Sender's Name: Iverson O. Mitchell, III

Client: Sears, Roebuck & Co. (<u>Lena GEE v. Sears</u> 05-2014 EGS)

Addressee's Name:  Thomas C. Willcox, Esq. (tcw@columbia.edu)

Addressee's Firm:

City: Washington, DC

Telephone Number: (202) 232-3313

Telecopier Number: (202) 424-2420

Message:     This will confirm your consent for additional thirty days for Sears to respond to your United States District Court Complaint. We have just been retained and have not yet received the file from the Asst. Gen Counsel. Thanks for your courtesy.

We are transmitting 1 page(s) (including this cover sheet) from (202) 337-9026. If you do not receive all pages in legible condition, or to confirm receipt of this facsimile, please call (202) 872-8100.

CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us at (202) 872-8100 to arrange for return of the original documents to us.