UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA GEE, <br>          Plaintiff, <br> vs. <br><br> SEARS HOME IMPROVEMENT, et al., <br><br>          Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 1:05CV02014 (EGS) <br> ) <br> ) <br> ) <br> ) |

MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF SEARS, ROEBUCK AND COMPANY TO SETASIDE DEFAULT

COMES NOW the Defendant, Sears, Roebuck and Co., by and through counsel, and moves pursuant to Fed. R. Civ. P. 55(c) to set aside the default entered here.

The entry of default against Sears Home Improvement Products, Inc., defendant in this action was due to mistake, inadvertence, surprise, or excusable neglect in that the undersigned counsel suffered a major stroke and has been confined to the Washington Nursing Facility for last three months. Generally the Court will set aside a default for good cause shown. Jackson v. Beech, 636 F.2d 831, 835 (D.C. Cir. 1980); Keegel v. Key West & Caribbean Trading Co., 627 F.2d 372, 373 (D.C. Cir. 1980) ("modern federal procedure favor[s] trials on the merits"). Baade v. Price, 175 F.R.D. 403, 405-06 (D.C. Cir. 1997); Enron Oil Corp. v. Diakukara, 10 F. 3d 90, 95 (2 Cir 1993); Meehan v. Snow, 652 F. 2d 274, 277 (2d Cir. 1981)

Dated this 24th day of February, 2006

By: _____

Iverson O. Mitchell, III
DC Bar No. 140079

SPEIGHTS AND MITCHELL
2600 Virginia Avenue, N.W.
Suite 105
Washington, D.C. 20037-1916

(202) 872-8100

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MEMORANDUM OF LAW was mailed, postage prepaid, this 24th day of February, 2006, to

Thomas C Willcox, Esquire
1424 16th Street NW
Suite 502
Washington, DC 20036
(202) 232-3313
(202) 424-2420 (fax)
tcw19@columbia.edu

_____
Iverson O. Mitchell, III

2