## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LENA GEE,  )
      Plaintiff,  )
vs.  )
  )
SEARS HOME IMPROVEMENT, et al.,  ) Civil Action No.: 1:05CV02014 (EGS)
  )
      Defendants.  )
  )

### ANSWER OF DEFENDANT SEARS, ROEBUCK AND CO.

COMES NOW the Defendant, Sears, Roebuck and Co., by and through counsel, and in answer to the complaint states as follows:

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted and, therefore, should be dismissed.

### SECOND DEFENSE

The complaint should be dismissed pursuant to F. R. Civ. P 12(b) (1) – (7) inclusively.

### THIRD DEFENSE

Defendant answers the specific allegations of the complaint as follows:

1. Defendant denies the jurisdiction of the Court.

2. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations of paragraphs 1 through 18 of the complaint and those paragraphs are hereby denied.

Further, answering the Complaint, the Defendant denies all allegations not admitted or otherwise responded to.

Dated this 24th day of February, 2006

By: _____
Iverson O. Mitchell, III
DC Bar No. 140079

SPEIGHTS AND MITCHELL
2600 Virginia Avenue, N.W.
Suite 105
Washington, D.C. 20037-1916

(202) 872-8100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer was mailed, postage prepaid, this 24th day of February, 2006, to

Thomas C Willcox, Esquire
1424 16th Street NW
Suite 502
Washington, DC 20036
(202) 232-3313
(202) 424-2420 (fax)
tcw19@columbia.edu

_____
Iverson O. Mitchell, III