UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Lena Gee,*
_____
Plaintiff(s)

*Sears Home Improvement*
_____
Defendant(s)

Civil Action No. *05-2014*

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

In accordance with the provisions of 28 USC § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate conduct any and all further proceedings in the case, including trial, and order the entry of final judgment.

Signature of Parties                          Date

_____        ___5/23/06____

_____        ___5/23/06____

_____        _____

## ELECTION OF APPEAL

(Do not execute this portion of the Consent Form if the parties desire that the appeal lie directly to the Court of Appeals.)

In accordance with the provisions of Title 28 U.S.C. § 636(c)(4), the parties elect to take any appeal in this case to a District Judge.

Signature of Parties                          Date

_____        _____

_____        _____

_____        _____

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate for all further proceedings and the entry of judgment in accordance with Title 28, U.S.C. § 636(c) and the foregoing consent of the parties.

_5/23/06_        _____
                 UNITED STATES DISTRICT JUDGE

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A MAGISTRATE.

CO/942B
Rev 7/83