IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA GEE, | Civil Action No. 05cv02014(EGS) |
| Plaintiff, | |
| vs. | |
| SEARS HOME IMPROVEMENT PRODUCTS, INC. et al. | |
| Defendants. | |

## STATUS REPORT

The Undersigned hereby submit the following Status Report:

On May 16 2006, the parties filed a "Meet and Confer" Statement, attached as Ex A and incorporated herein by reference.

On May 23 2006, the parties agreed, before Judge Sullivan, to have this case assigned to a magistrate for all purposes including trial.

The parties are vigorously exploring settlement options, which may be finalized on Friday, as the plaintiff is attending.

_____/s/_____        \_/s/_____
Thomas C. Willcox, Esquire              Iverson O. Mitchell, III, Esquire
1020 19th Street, N.W., Suite 400       SPEIGHTS & MITCHELL
Washington, DC 20036                    2600 Virginia Ave Suite 105
(202) 223-0090                          Washington, DC 20037-1916
(202) 452-0092                          (202) 872-8100
DC Bar 445135                           DC Bar 140079

I certify that I filed this electronically, and received confirmation of service via the court's efiling system

/s/
Thomas C. Willcox


F:\TCW Files\Active Files\Gee\Filings\6-14-06 Status.wpd