UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA GEE,<br><br>    Plaintiff,<br><br>    v.<br><br>SEARS HOME IMPROVEMENT<br>PRODUCTS, INC.,<br><br>    Defendant. | Civil Action No. 05-2014<br>DAR |

### SCHEDULING ORDER

Counsel for the parties appeared before the undersigned United States Magistrate Judge on June 16, 2006 for a status conference. In accordance with the schedule for further proceedings set forth in the parties' Joint Meet and Confer Statement, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, it is, this   10th   day of July, 2006,

**ORDERED** that all discovery shall be completed by December 15, 2006; and it is

**FURTHER ORDERED** that each party shall be limited to a maximum of 25 interrogatories, including all parts and sub-parts, and that responses shall be served no more than 30 days after service of the interrogatories; and it is

**FURTHER ORDERED** that each party shall be limited to a maximum of five depositions; and it is

**FURTHER ORDERED** that reports from all parties' retained experts pursuant to Fed. R. Civ. P. 26(a)(2) are due September 26, 2006. Reports from any rebuttal expert are due 45 days after receipt of the report for which the rebuttal is offered; and it is

**FURTHER ORDERED** that all dispositive motions shall be filed by January 15, 2007; oppositions shall be filed no more than 21 days thereafter; replies shall be filed no more than 15


Gee v. Sears Home Improvement Products, Inc.                                                                                          2

days thereafter; and it is

    **FURTHER ORDERED** that a status conference is scheduled for November 15, 2006 at 2:00 p.m.; and it is

    **FURTHER ORDERED** that the final pretrial conference is scheduled for February 16, 2007 at 2:00 p.m.

    /s/
    DEBORAH A. ROBINSON
    United States Magistrate Judge