**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LENA GEE,<br>      Plaintiff,<br>vs.<br><br>SEARS HOME IMPROVEMENT, et al.,<br><br>      Defendants. | Civil Action No.: 1:05CV02014 (DMR) |

<u>UNCONTESTED MOTION TO RESCHEDULE STATUS CONFERENCE</u>

The defendant, Sears, Roebuck and Co., by and through counsel, moves with the assent of the Plaintiff's counsel, to reset the status conference set for November 15, 2006 to and including a date after January 18, 2007.

The grounds for this request are to permit the parties to continue their settlement discussions that are making progress at this time. Today, November 13, 2006, representatives of Sears, Roebuck and Co. are scheduled to inspect the windows of Plaintiff's house that are the subject of her complaint. The requested date was selected to accommodate Plaintiff's counsel's trial schedule.

Dated this 13th day of November, 2006

By: _____
Iverson O. Mitchell, III
DC Bar No. 140079

SPEIGHTS AND MITCHELL
2600 Virginia Avenue, N.W.
Suite 105
Washington, D.C. 20037-1916

(202) 872-8100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION was mailed, electronically, this 13th day of November, 2006, to

**Thomas C Willcox , Esquire**
**1424 16th Street NW**
**Suite 502**
**Washington, DC 20036**
**(202) 232-3313**
**(202) 424-2420 (fax)**
**tcw19@columbia.edu**

_____
Iverson O. Mitchell, III

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LENA GEE, )<br>   Plaintiff, )<br>vs. )<br>)<br>SEARS HOME IMPROVEMENT, et al., )<br>)<br>   Defendants. )<br>_____ ) | Civil Action No.: 1:05CV02014 (DMR) |

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF SEARS, ROEBUCK AND COMPANY TO RESCHEDULE STATUS CONFERENCE

1. The record herein.

2. The agreement of the parties.

Dated this 13th day of November 2006

By: _____
Iverson O. Mitchell, III
DC Bar No. 140079

SPEIGHTS AND MITCHELL
2600 Virginia Avenue, N.W.
Suite 105
Washington, D.C. 20037-1916

(202) 872-8100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MEMORANDUM OF LAW was mailed electronically, this 13th day of November 2006, to

        **Thomas C Willcox, Esquire**
        **1424 16th Street NW**
        **Suite 502**
        **Washington, DC 20036**
        **(202) 232-3313**
        **(202) 424-2420 (fax)**
        **tcw19@columbia.edu**

        _____
        Iverson O. Mitchell, III

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LENA GEE,<br>　　　　Plaintiff,<br>vs.<br><br>SEARS HOME IMPROVEMENT, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.: 1:05CV02014 (DMR)<br>)<br>)<br>)<br>) |

ORDER RESCHEDULING STATUS CONFERENCE

The Court has before it the unopposed Motion of the Defendant to reschedule the status conference set for November 15, 2006. Upon consideration of the representations of the parties in their pleadings, it is by the Court this _____ day of November 2006,

**ORDERED**, that the status conference set for November 15, 2006 be continued until 1:30 p.m., January _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Deborah M. Robinson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies to:

Thomas C Willcox, Esquire
1424 16th Street NW
Suite 502
Washington, DC 20036

　　And

Nathaniel H. Speights
Speights & Mitchell
2600 Virginia Avenue, N.W.
Suite 105
Washington, D.C. 20037