IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LENA GEE,                              Civil Action No. 05cv02014(DAR)
      Plaintiff,
vs.
SEARS HOME IMPROVEMENT
PRODUCTS, INC. et al.
      Defendants.

## CONSENT REQUEST TO PLACE CASE ON ADR CALENDAR AND REMOVE FROM TRIAL CALENDAR

Defendant by and thorough counsel respectfully requests that this case be referred to mediation, without prejudice to the plaintiff's jury demand, and removed from the Court's trial calendar. As part of this motion defendant requests that the status hearing scheduled for January 18, 2007, be postponed until further order of the Court. Plaintiff does not oppose this motion provided mediation is not prejudicial to her demand for trial by jury.

_____
Iverson O. Mitchell, III
DC Bar No. 140079
SPEIGHTS & MITCHELL
2600 Virginia Ave Suite 105
Washington, DC 20037-1916
(202) 872-8100
DC Bar 140079

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was, this 16th day of January, 2007 served electronically upon Thomas C. Willcox, Esq., 1020 19th Street, NW, Suite 400, Washington, DC 20036, counsel for plaintiff.

_____          Iverson O. Mitchell, III