**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LENA GEE,**           Civil Action No. 05cv02014(DAR)
      **Plaintiff,**
vs.
**SEARS HOME IMPROVEMENT**
**PRODUCTS, INC. et al.**
      **Defendants.**

**ORDER**

The Court having before the unopposed motion of the defendant to cancel the status hearing scheduled for January 18, 2007, until further order of the Court, the Motion is granted and it is by the Court this _____ day of January, 2007,

ORDERED that this case is referred to the mediation office for scheduling of mediation without prejudice to plaintiff's jury demand should this case go to trial; and it is further

ORDERED that the status hearing scheduled for January 18th, 2007, is postponed until further order of the Court.

_____
Deborah A. Robinson
United States Magistrate Judge

Copies to:

Thomas C. Willcox, Esq.
1020 19th Street, NW
Suite 400
Washington, DC 20036

Nathaniel H. Speights, Esq.
2600 Virginia Avenue, NW
Suite 105
Washington, DC 20037