UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA GEE,<br><br>    Plaintiff,<br><br>    v.<br><br>SEARS HOME IMPROVEMENT PRODUCTS, INC.,<br><br>    Defendant. | Civil Action No.  05-2014<br>DAR |

## ORDER REFERRING CIVIL ACTION
## FOR MEDIATION

With the consent of the parties, it is, this 17th day of January, 2007

**ORDERED** that this action is referred to the Circuit Executive for mediation to commence immediately and conclude by March 19, 2007; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions; and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to schedule the initial mediation session; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive with a copy of this Order.

January 17, 2007 _____ /s/
DEBORAH A. ROBINSON
United States Magistrate Judge

_____

Case 1:05-cv-02014-DAR    Document 22    Filed 01/17/2007    Page 2 of 2