# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**LENA GEE,**                                    **Civil Action No. 05cv02014(EGS)**
                    **Plaintiff,**
**vs.**
**SEARS HOME IMPROVEMENT**
**PRODUCTS, INC. et al.**
                    **Defendants.**

## MOTION OF PLAINTIFF'S COUNSEL FOR LEAVE TO WITHDRAW

The undersigned, pursuant to Local Rule 83.6, asks for leave to withdraw from this case.

He does so because differences in desired litigation strategy have irreparably breached the

attorney client relationship.

The Defendant consents to this motion.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law, the undersigned ask that he and his firm be given leave to withdraw from this case.

Respectfully submitted,


----------------------------
Thomas C. Willcox, Esq.
1020 19th Street, N.W., Suite 400
Washington, DC 20036
Telephone: 202.223.0090
Facsmile: 202.452.0092
D.C. Bar No. 445135



CERTIFICATE OF SERVICE

I hereby certify the foregoing Motion was served electronically, making service by mail unnecessary.  I also certify pursuant to LcvR 83.6(c) that the Plaintiffs' last known address is 102 15th Street, N.E., Washington, D.C.  20002,  and that I have placed in the US Mail, first class postage prepaid, a copy of this motion and a notice advising them to obtain other counsel, or if they intend to proceed pro se or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the Motion.


_____
Thomas C. Willcox, Esq.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**LENA GEE,**                                    **Civil Action No. 05cv02014(EGS)**
               **Plaintiff,**
**vs.**
**SEARS HOME IMPROVEMENT**
**PRODUCTS, INC. et al.**
                 **Defendants.**

**ORDER**
       For the reasons set forth in Plaintiffs' Counsel's Motion

IT IS HEREBY ORDERED

That his Motion is granted, and Thomas C. Willcox is no longer counsel of record in this case.

                          _____
                          Emmet G. Sullivan
                          United States District Judge.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**LENA GEE,**                                              Civil Action No. 05cv02014(EGS)
                    **Plaintiff,**
**vs.**
**SEARS HOME IMPROVEMENT**
**PRODUCTS, INC. et al.**
                    **Defendants.**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW**

FACTS

1.  Irreconcilable differences have arisen between the Plaintiff  and her counsel Thomas C.

Willcox.  The differences of opinion and inability to communicate concerning this case have

become so severe that counsel can no longer represent plaintiffs. Counsel is unable to proceed

with this case in the manner plaintiffs request.

Law

Generally, "in the absence of substantial prejudice to plaintiff and unnecessary delay, an

attorney should be allowed to withdraw should the court conclude that there has been a complete

breakdown in the attorney-client relationship." Esteves v. Esteves, 680 A.2d 398

(D.C. 1996)(citations and quotes omitted).  This case is months from trial, having been diverted

from discovery in favor of a mediation, and plaintiff should have ample time to find replacement

counsel.