UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA GEE,<br><br>  Plaintiff,<br><br>  v.<br><br>SEARS HOME IMPROVEMENT PRODUCTS, INC.,<br><br>  Defendant. | Civil Action No.  05-2014<br>DAR |

**ORDER RE-REFERRING CIVIL ACTION**
**FOR MEDIATION**

With the consent of the parties, it is, this 20th day of June, 2007

**ORDERED** that this action is re-referred to the Circuit Executive for mediation to commence immediately and conclude by July 26, 2007; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions; and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to schedule the initial mediation session; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive with a copy of this Order.

_____/s/_____
June 20, 2007                                    DEBORAH A. ROBINSON
                                                 United States Magistrate Judge

_____