# IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA GEE )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SEARS HOME IMPROVEMENT )<br>PRODUCTS, INC. et al. )<br>)<br>)<br>Defendant. ) | Case No.: 05cv02014(EGS) |

## MOTION OF MATTHEW A. BRINEGAR FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2 (d) of the Local Rules of this Court, Matthew A. Brinegar, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Mr. Brinegar provides his attached declaration.

Dated: June 19 2007

OF COUNSEL

Matthew A. Brinegar
Legal Counsel for the Elderly
601 E. Street NW
Washington, DC 20049
Telephone: 202-434-2291
Facsimile: 202-434-6464

Respectfully Submitted,

Rawle Andrews (D.C. Bar # 436283)
Legal Counsel for the Elderly
601 E. Street NW, A4-410
Washington, DC 20049
Telephone: 202-434-2158
Facsimile: 202-434-6464

## CERTIFICATE OF SERVICES

I, Matthew A. Brinegar, do hereby certify that on the 20th day of June 2007, I caused a true and correct copy of the foregoing Motion of Matthew A. Brinegar for Admission *Pro Hac Vice* to be served via U.S. First Class Mail, postage prepaid, upon the following individual at the address indicated:

**Iverson O. Mitchell, III, Esquire**
**SPEIGHTS & MITCHELL**
**2600 Virginia Ave, Suite 105**
**Washington, DC 20037**

_____
Matthew A. Brinegar

# IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA GEE<br><br>    Plaintiff,<br><br>vs.<br><br>SEARS HOME IMPROVEMENT<br>PRODUCTS, INC. et al.<br><br>    Defendant. | Case No.: 05cv02014(EGS) |

## DECLARATION OF MATTHEW A. BRINEGAR

I, Matthew A. Brinegar ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission</u>: Applicant is an attorney in the non-profit law firm Legal Counsel for the Elderly and requests permission to participate in this action as counsel for petitioner.

2. <u>Name and Address of Applicant's Law Firm</u>:

>   Legal Counsel for the Elderly
>   601 E. Street NW, A4-410
>   Washington, DC 20049
>   Telephone: 202-434-2158
>   Facsimile: 202-434-6464

3. <u>Bar Admissions</u>: Applicant is a member of good standing in the the following bars:

>   Florida (inactive status)
>   Illinois (inactive status)
>   D.C.    (active)

4. <u>Certification of Good Standing</u>: Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar

association. There are no pending disciplinary proceedings against Applicant.

5. <u>Previous Appearances in this Court</u>: Applicant has not been admitted *pro hac vice* in this Court within the last two years.

6. <u>Where the Applicant Engages in the Practice of Law</u>: The Applicant is admitted to the bar of the District of Columbia and keeps an office and practices law within its jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of June, 2007

_____
Matthew A. Brinegar

# IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LENA GEE )
)
)
)
    Plaintiff, )
) Case No.: 05cv02014(EGS)
vs. )
)
SEARS HOME IMPROVEMENT )
PRODUCTS, INC. et al. )
)
)
    Defendant. )

## [PROPOSED] ORDER

Upon consideration of the Motion of Matthew A. Brinegar for Admission Pro Hac Vice made pursuant to Rule 83.2 (d) of the Local Rules of this Court and the supporting declaration, it is hereby

ORDERED that the Motion be and hereby is GRANTED

Dates:_____    _____