IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LENA GEE,**   Civil Action No. 05cv02014(DAR)
      **Plaintiff,**
vs.
**SEARS HOME IMPROVEMENT PRODUCTS, INC. et al.**
      **Defendants.**

### UNCONTESTED REQUEST TO CONTINUE STATUS HEARING

Defendant by and thorough counsel respectfully requests that the status hearing set for August 22, 2007, be continued to a date 30 days after September 21, 2007. Defendant has retained new counsel to represent it and new counsel requires time to review the case-file and become familiar with the issues in the case. Plaintiff does not oppose this motion

_____
Iverson O. Mitchell, III
DC Bar No. 140079
SPEIGHTS & MITCHELL
2600 Virginia Ave Suite 105
Washington, DC 20037-1916
(202) 872-8100
DC Bar 140079

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was, this 17th day of August, 2007 served electronically upon Matthew A. Brinegar, Esq., 600 E Street, NW, Washington, DC 20049, counsel for plaintiff.

_____
Iverson O. Mitchell, III

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LENA GEE,**<br>　　　　**Plaintiff,**<br>vs.<br>**SEARS HOME IMPROVEMENT PRODUCTS, INC. et al.**<br>　　　　**Defendants.** | Civil Action No. 05cv02014(DAR) |

## ORDER

The Court having before the unopposed motion of the defendant to cancel the status hearing scheduled for August 22, 2007, until further order of the Court, the Motion is granted and it is by the Court this _____ day of August, 2007,

ORDERED that the status hearing scheduled for August 22nd, 2007, is postponed until further order of the Court.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Deborah A. Robinson
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies to:

Matthew A. Brinegar, Esq.
600 E street, NW
Washington, DC 20049

Nathaniel H. Speights, Esq.
2600 Virginia Avenue, NW
Suite 105
Washington, DC 20037

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LENA GEE,**                                                    Civil Action No. 05cv02014(DAR)
        **Plaintiff,**
**vs.**
**SEARS HOME IMPROVEMENT**
**PRODUCTS, INC. et al.**
        **Defendants.**

### MEMORANDUM OF POINTS AND AUTHORITIES

The record herein.

_____
Iverson O. Mitchell, III
SPEIGHTS & MITCHELL
2600 Virginia Ave Suite 105
Washington, DC 20037-1916
(202) 872-8100
DC Bar 140079