IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LENA GEE,                                          Civil Action No. 05cv02014(DAR)
       Plaintiff,
vs.
SEARS HOME IMPROVEMENT
PRODUCTS, INC. et al.
       Defendants.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The record herein.

_____
Iverson O. Mitchell, III
SPEIGHTS & MITCHELL
2600 Virginia Ave Suite 105
Washington, DC 20037-1916
(202) 872-8100
DC Bar 140079