IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LENA GEE,** | Civil Action No. 05cv02014(DAR) |
|    **Plaintiff,** | |
| vs. | |
| **SEARS HOME IMPROVEMENT PRODUCTS, INC. et al.** | |
|    **Defendants.** | |

**ORDER**

The Court having before the unopposed motion of the defendant to cancel the status hearing scheduled for August 22, 2007, until further order of the Court, the Motion is granted and it is by the Court this _____ day of August, 2007,

ORDERED that the status hearing scheduled for August 22nd, 2007, is postponed until further order of the Court.

                _____
                Deborah A. Robinson
                United States Magistrate Judge

Copies to:

Matthew A. Brinegar, Esq.
600 E street, NW
Washington, DC 20049

Nathaniel H. Speights, Esq.
2600 Virginia Avenue, NW
Suite 105
Washington, DC 20037