# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LENA GEE | : | |
|    Plaintiff | : | |
| v. | : | **Case No.: 05 cv 02014** |
| | | **(DAR)** |
| SEARS HOME IMPROVEMENT PRODUCTS, INC. | : | |
|    Defendant | : | |

## PRAECIPE ENTERING APPEARANCE

TO THE CLERK:

Please enter the appearance of C. Elliott Wilson, III, Esquire, and McCarthy Wilson LLP, as additional counsel for the defendant, Sears Home Improvement Products, Inc.

        Respectfully submitted,

        McCARTHY WILSON LLP

By:    /s/
     C. Elliott Wilson, III
     Federal Bar No.:  432130
     100 South Washington Street
     Rockville, Maryland 20850
     (301) 762-7770
     Fax (301)762-0374
     *Attorneys for Defendant,*
     *Sears Home Improvement Products, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  21st  day of August, 2007, a copy of the foregoing Praecipe Entering Appearance was electronically filed and mailed first class, postage prepaid to:

Matthew A. Brinegar, Esquire
Legal Counsel for the Elderly
601 E. Street, N.W.
Washington, DC  20049
*(Attorneys for Plaintiff)*

Iverson O. Mitchell, III, Esquire
Speights & Mitchell
2600 Virginia Avenue, Suite 105
Washington, DC  20037-1916
*(Attorneys for Defendant)*

　　　　　　　　　　　　　　／s／　　　　　　　　　　　　　
C. Elliott Wilson, III