UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LENA GEE,

    Plaintiff,

    v.

SEARS HOME IMPROVEMENT PRODUCTS, INC.,

    Defendant.

Civil Action No. 05-2014 DAR

### ORDER RE-REFERRING CIVIL ACTION FOR MEDIATION

With the consent of the parties, it is, this 25th day of September, 2007

**ORDERED** that this action is re-referred to the Circuit Executive for mediation to resume immediately and conclude by November 26, 2007; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions; and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to schedule the initial mediation session; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive with a copy of this Order.

September 25, 2007

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge

_____