UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA GEE,<br><br>   Plaintiff,<br><br>   v.<br><br>SEARS HOME IMPROVEMENT PRODUCTS, INC.,<br><br>   Defendant. | Civil Action No. 05-2014<br>             DAR |

## ORDER RE-REFERRING CIVIL ACTION
## FOR MEDIATION

With the consent of the parties, it is, this 25th day of September, 2007

**ORDERED** that this action is re-referred to the Circuit Executive for mediation to resume immediately and conclude by November 16, 2007; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions; and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to schedule the initial mediation session; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive with a copy of this Order.

 

September 25, 2007               /s/
                                        DEBORAH A. ROBINSON
                                        United States Magistrate Judge

_____