# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LENA GEE                                  :

      Plaintiff                       :

v.                                       :      **Case No.: 05 cv 02014**
                                                 **(DAR)**

SEARS HOME IMPROVEMENT      :
PRODUCTS, INC.

      Defendant                   :

## PRAECIPE

TO THE CLERK:

Please be advised that the undersigned attorney has a new address:

> Charles E. Wilson III, Esq.
> McCarthy Wilson LLP
> 223 North Prospect Street, Suite 400
> Hagerstown, MD 21740
> Tel:   (301) 791-6924

Please update any internal databases, as well as the Court jacket in the above captioned matter.

                                   Respectfully submitted,

                                   McCARTHY WILSON LLP

                                          /s/
                                  Charles E. Wilson, III
                                  223 North Prospect Street, Suite 400
                                  Hagerstown, MD 21740
                                  (301) 791-6924
                                  Attorney for Defendant

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
223 N. PROSPECT STREET
SUITE 400
HAGERSTOWN, MD 21740
(301) 791-6924

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2007, a copy of the foregoing Praecipe was electronically filed and mailed first class, postage prepaid to:

Matthew A. Brinegar, Esquire
Legal Counsel for the Elderly
601 E. Street, N.W.
Washington, DC  20049
*(Attorneys for Plaintiff)*


_____/s/_____
Charles E. Wilson, III


LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
223 N. PROSPECT STREET
SUITE 400
HAGERSTOWN, MD 21740
(301) 791-6924