UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA GEE,<br><br>    Plaintiff,<br><br>    v.<br><br>SEARS HOME IMPROVEMENT PRODUCTS, INC,<br><br>    Defendant. | Civil Action No. 05-2014 DAR |

# PRETRIAL STATEMENT ORDER

The parties shall be governed by the directives set forth below and shall each file a pretrial statement by no later than **February 1, 2008.**

**Pretrial Order Form**

**1. Parties and Counsel:**   Names, addresses, and telephone numbers of all parties and counsel on whose behalf the statement is filed.

**2. Nature of the Case:**   Give a brief statement describing the nature of the case, the identities of the parties, and the basis of the court's jurisdiction. The statement of the case should be sufficiently brief, clear, and non-argumentative to be suitable for reading to the jury.

**3. Claims and/or Defenses:**   Give a statement of claims setting forth, concisely, each party's claims against any other party. The statement of defenses shall set forth each defense a party interposes to a claim asserted against it by any other party, including defenses raised by way of general denial, without regard to which party has the burden of persuasion.

**4. Undisputed Issues/Stipulations:**   List all issues not in dispute or facts to which the parties have stipulated.

**5. Witness Schedule:**   List the name, address, and telephone number of each witness scheduled to be called by a party. The schedule shall also set forth a brief description of the testimony to be given by the witness, and an estimate of the time necessary for direct examination. Opinion witnesses shall be designated by an asterisk. Witnesses called for impeachment purposes only need not be listed. However, no party may call at trial any witness
not listed (except for impeachment purposes) on their pretrial statement.

2

      **6. Exhibit List:** Describe each exhibit to be offered in evidence, with each exhibit identified by number, title, and date (if applicable). No exhibit will be admitted at trial unless it is listed on the pretrial statement. All exhibits listed will be deemed admitted at trial unless a specific objection other than relevancy is made. Objections to the admission of any exhibit listed on a pretrial statement shall be made at the final pretrial conference.

      **7. Deposition Testimony:** Identify each deposition or portion thereof (by page and line numbers) the party intends to offer in evidence. Any cross-designation shall be made at the final pretrial conference.

      **8. Relief Sought:** Set forth separately each element of damages and the monetary amount claimed, including prejudgment interest, punitive damages, and attorneys' fees. Do not include amounts claimed for intangible damages. Set forth all other types of relief sought against any party.

      **9. Pending Motions:** List all pending motions showing title and filing date. List any motions to be decided at commencement of trial.

      **10. A trial brief** addressing any unusual issues of fact or evidence not already submitted to the court shall be filed with the pretrial statement.

      **11. Demonstrative Evidence, Physical Evidence, Videotapes:** Describe all such items to be offered at trial and the stage of the trial when it is anticipated that the items would be presented e.g., during opening statements, the presentation of the evidence, etc.

      **12. Jury Cases:** Submit a list of requested voir dire questions; submit a list of standard instructions; submit a complete text of non-standard instructions with authorities relied upon; submit a text of verdict form, including any special interrogatories.

      **13. Estimated Length of Trial:** List number of days and any scheduling problems with witnesses.

_____

December 4, 2007                                        /s/
                                                          DEBORAH A. ROBINSON
                                                         United States Magistrate Judge