UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA GEE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SEARS HOME IMPROVEMENT PRODUCTS, INC,<br><br>　　Defendant. | Civil Action No. 05-2014<br>　　　　　　　DAR |

**SUPPLEMENTAL ORDER**

　　The purpose of this Order is to advise *pro se* Plaintiff of her obligations under the Federal Rules of Civil Procedure and the rules of this Court, in accordance with the dictates of this Circuit. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Ham v. Smith, 653 F.2d 628 (D.C. Cir. 1981); Hudson v. Hardy, 412 F.2d 1091 (D.C. Cir. 1968).

　　Plaintiff is reminded that she shall comply with the scheduling order stated, in her presence, from the bench at the status hearing on Tuesday, December 4, 2007.

　　Plaintiff is advised that if Defendant files a motion to enforce settlement agreement and that motion is subsequently denied, Plaintiff shall then file her pretrial statement in the manner set forth in Local Civil Rule 16.5. A copy of this Rule, along with the Pretrial Statement Order filed in this case, is enclosed with this order.

December 4, 2007　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　DEBORAH A. ROBINSON
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge