IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LENA GEE                                :

    Plaintiff                          :

v.                                      :   **Case No.: 05 cv 02014**
                                                        **(DAR)**

SEARS HOME IMPROVEMENT              :
PRODUCTS, INC.

    Defendant                          :

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

COMES NOW the Defendant, Sears Home Improvement Products, Inc., by and through its attorneys, McCarthy Wilson, LLP and Charles E. Wilson III, and hereby files the following Motion to Enforce Settlement Agreement, and states:

1. The above captioned case arises out of an agreement between the parties for the sale and installation of new windows in the Plaintiff's home on January 12, 2005. Subsequently, on October 11, 2005, Plaintiff filed suit for breach of contract and breach of the District of Columbia Consumer Protection Procedures Act (CPPA) alleging improper installation. Also, she alleged her credit rating was affected by Defendant's incomplete consumer reports.

2. The parties went to Mediation on November 8, 2007. Subsequent to Mediation, Defendant extended a settlement offer to Plaintiff via e-mail on November 15, 2007. On November 17, 2007, Plaintiff's counsel informed Defendant via e-mail that Plaintiff had consented to the terms extended by the Defendant. Specifically, Plaintiff

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
223 N. PROSPECT STREET
SUITE 400
HAGERSTOWN, MD 21740
(301) 791-6924

agreed to Defendant's offer to: 1. Forgive the debt owed by her; 2. Ask Citi to credit the account, which would be included in the Release; 3. Sears would pay the Plaintiff an additional $6,000.00; 4. Sears will pick-up the currently installed windows after they have been replaced; 5. Full general release shall be executed; and, 6. A confidentiality agreement shall be executed. ***See Exhibit A*** – Correspondence via email from Plaintiff's Attorney, dated November 17, 2007.

3. On December 4, 2007, undersigned counsel appeared in this Honorable Court for a Status Conference upon the information and belief that the parties had reached a settlement.

4. At the Status Conference, Plaintiff's counsel informed counsel for Defendant that after accepting the Settlement Agreement, Plaintiff learned that the price of new windows would be expensive. Thus, Plaintiff was opposing the Settlement Agreement and refusing to honor its terms because of her subsequent knowledge. As such, her attorney, Matthew Brinegar, made an Oral Motion to withdraw his appearance. This Honorable Court made an Oral ruling granting the Oral Motion to withdraw his appearance, but later vacated its ruling.

5. As of the filing of this Motion, Lena Gee, Plaintiff has refused to abide the above settlement agreement.

WHEREFORE, Defendant, Sears Home Improvement Products, Inc., hereby respectfully requests:

1. That Defendant's Motion to Enforce Settlement be GRANTED;

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
223 N. PROSPECT STREET
SUITE 400
HAGERSTOWN, MD 21740
(301) 791-6924

2. That the settlement between the parties be enforced; and

3. That all claims against Defendant, Sears Home Improvement Products, Inc., by Lena Gee be dismissed with prejudice; and

4. That the Plaintiff be ordered to sign and return the negotiated release and confidentiality agreement;

5. Any other relief deemed appropriate by the Court.

Respectfully submitted,

McCARTHY WILSON LLP

/s/
Charles E. Wilson, III
Federal Bar No.: 09216
223 North Prospect Street, Suite 400
Hagerstown, MD 21740
(301) 791-6924
Fax 301-791-6947
*Attorney for Defendant*
wilsoniiic@mcwilson.com

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
223 N. PROSPECT STREET
SUITE 400
HAGERSTOWN, MD 21740
(301) 791-6924

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2007, a copy of the foregoing Motion to Enforce Settlement was electronically filed and mailed first class, postage prepaid to:

Matthew A. Brinegar, Esquire
Legal Counsel for the Elderly
601 E. Street, N.W.
Washington, DC 20049
*Attorneys for Plaintiff*

                                                            /s/
                                        Charles E. Wilson, III

LAW OFFICES
McCarthy Wilson
A LIMITED LIABILITY PARTNERSHIP
223 N. PROSPECT STREET
SUITE 400
HAGERSTOWN, MD 21740
(301) 791-6924