## Siddy Wilson

**From:** Brinegar, Matthew [MBrinegar@aarp.org]
**Sent:** Saturday, November 17, 2007 11:35 AM
**To:** Siddy Wilson
**Subject:** RE: Sears

She has agreed. Please draw up the settlement papers, and I'll review them for her signature.

Have a happy thanksgiving, Charles.

Matthew

---

**From:** Siddy Wilson [mailto:wilsoniiic@McWilson.com]
**Sent:** Thursday, November 15, 2007 3:44 PM
**To:** Brinegar, Matthew
**Subject:** Sears

Sears is agreeable to the following:
1. Forgive the debt.
2. Ask Citi to credit the account and they would be included in any release
3. Sears will pay to Plaintiff $6,000
4. Whomever plaintiff contracts with to replace the windows shall leave them at the homeowners location and Plaintiff will call a designated person for Sears for pickup.
5. Full general release shall be executed.
6. A confidentiality agreement shall be executed.

Let me know if this is agreeable.


Charles Wilson, III
McCarthy Wilson, LLP
223 N. Prospect Street Suite 400
Hagerstown, Maryland 21740
301-791-6924
wilsoniiic@mcwilson.com


PRIVACY STATEMENT: This message and any attachments are confidential and are intended only for the addressee(s). This message may contain information that is protected by attorney client privilege or one or more legally recognized privileges. If the reader of this message is not an intended recipient or an authorized representative of an intended recipient, the sender did not intend to waive and does not waive any legal privilege or the confidentiality of the message and any attachments. If you receive this communication in error, please notify the sender immediately by return e-mail and delete this message from your computer and network without reading or saving the message and any attachments. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, and any attachments, is prohibited. Thank you.

EXHIBIT A

11/19/2007