IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LENA GEE                                     :

    Plaintiff                              :

v.                                           :   Case No.: 05 cv 02014
                                                                           (DAR)

SEARS HOME IMPROVEMENT               :
PRODUCTS, INC.

    Defendant                              :

## ORDER

UPON CONSIDERATION of the Defendant, Sears Home Improvement Products, Inc., Motion to Enforce Settlement Agreement in the above-captioned matter, and good cause having been shown, it is this _____ day of _____, 2007,

ORDERED, that this Motion to Enforce Settlement Agreement be, and it is hereby GRANTED;

ORDERED, that the terms of the settlement as agreed to by the parties shall be enforced;

ORDERED, that all claims against Defendant, Sears Home Improvement Products, Inc., by Lena Gee be dismissed with prejudice; and, it is further,

ORDERED, that the Plaintiff sign and return the negotiated release and confidentiality agreement.

                                                                                 _____
                                                                                 Judge, United States District Court
                                                                                 for the District of Columbia

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
223 N. PROSPECT STREET
SUITE 400
HAGERSTOWN, MD 21740
(301) 791-6924

cc:

Charles E. Wilson, III
223 North Prospect Street, Suite 400
Hagerstown, MD 21740
*Attorney for Defendant*

Matthew A. Brinegar, Esquire
Legal Counsel for the Elderly
601 E. Street, N.W.
Washington, DC 20049
*Attorneys for Plaintiff*

LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
223 N. PROSPECT STREET
SUITE 400
HAGERSTOWN, MD 21740
(301) 791-6924