**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Lena Gee,<br><br>Plaintiff,<br><br>v.<br><br>Sears Home Improvement Products Inc.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05 CV 2014-DAR |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, the parties who have appeared in this matter hereby stipulate to the dismissal with prejudice from this action (2005 CV 2014-DAR) all claims against and among Plaintiff Lean Gee and Defendant Sears Home Improvement Products, Inc.

Plaintiff Lena Gee and Defendant Sears Home Improvement Products, Inc. shall each bear their own fees and costs incurred herein with respect to all claims against and among the aforementioned parties.

Respectfully submitted,

/s/

Matthew A. Brinegar, *Pro Hac Vice*
D.C. Bar # 495510
Legal Counsel for the Elderly
601 E Street, N.W.
Washington, DC 20049
Tel. (202) 434-2155
Fax. (202) 434-6464
mbrinegar@aarp.org
*Counsel for Plaintiff*

/s/ (signed with permission by M. Brinegar)
C. Elliott Wilson, III
Federal Bar no.: 432130
210 E. Lexington Street, Suite 200
Baltimore, MD 21202

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of February, 2008, a copy of the foregoing Stipulation of Dismissal was electronically filed and mailed first class, postage prepaid to:

C. Elliott Wilson, III
Federal Bar no.: 432130
210 E. Lexington Street, Suite 200
Baltimore, MD 21202

/s/ Matthew A. Brinegar
Matthew A. Brinegar